IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  **Plaintiff,**  v.  NUKILL T. TAYLOR,  **Defendant.** | Case No. 3:24-CR-30015-NJR-1 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**ROSENSTENGEL, Chief Judge:**

Before the Court is a Report and Recommendation filed by Magistrate Judge Gilbert C. Sison. (Doc. 54). The Report and Recommendation addresses a motion filed by Defendant Nukill T. Taylor seeking reconsideration of his remand into custody. (Doc. 49). Magistrate Judge Sison recommends that Taylor be released on bond pending his sentencing, which is currently scheduled for August 6, 2025, and that his release be subject to the same conditions that this Court previously imposed except that location monitoring be removed. (Doc. 54).

18 U.S.C. § 3143 governs the release or detention of convicted persons pending sentencing. Generally, a person subject to a term of imprisonment shall be detained pending sentencing, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C. § 3143(a). After a hearing on June 16, 2025, Magistrate Judge Sison made such a finding based on Taylor's "excellent" performance

while previously on bond. Taylor was released on bond after the hearing; objections to the Report and Recommendation were due on July 2, 2025. *See* (Doc. 53 Hearing Minutes, Doc. 55 Defendant's Status Report).

Having received no objections to the Report and Recommendation, the Court now **ADOPTS** it in full. Taylor's Motion for Reconsideration of his Remand into Custody (Doc. 49) is **GRANTED**. Taylor shall remain on bond pending sentencing on August 6, 2025. All conditions of release that were previously imposed shall remain in full force and effect, except that location monitoring shall be removed as a condition of release.

IT IS SO ORDERED.

DATED: July 9, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**